

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-22-00251-CV

Pedro I. **SAENZ** III,
Appellant

v.

**LAREDO KIP, LLC**,
Appellee

From the County Court at Law No. 2, Webb County, Texas
Trial Court No. 2020-CVI-000951-C3
Honorable Victor Villarreal, Judge Presiding

BEFORE JUSTICE ALVAREZ, JUSTICE CHAPA, AND JUSTICE RIOS

In accordance with this court's opinion of this date, this appeal is DISMISSED FOR WANT OF PROSECUTION. Costs of court for this appeal are taxed against Pedro I. Saenz III.

SIGNED August 3, 2022.

_____
Patricia O. Alvarez, Justice